IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CHRISTOPHER E. BUTLER,**

    **Plaintiff,**

  vs.                              **Civil Action 2:08-CV-586**
                                    **Judge Smith**
**CRAIG AUFDENKAMPE,** *et al.*,        **Magistrate Judge King**

    **Defendants.**

## ORDER

On October 8, 2008, the United States Magistrate Judge issued a *Report and Recommendation* recommending that defendants' motion to dismiss, Doc. No. 11, be granted. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The defendants' motion to dismiss is **GRANTED**. This action is hereby **DISMISSED.**

                                                    s/George C. Smith
                                                George C. Smith, Judge
                                                United States District Court